# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2017

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:17-mj-04102-MKD |
| | ) |
| SALVADOR RUIZ-CORTEZ | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/06/2016  in the county of  Yakima  in the  Eastern  District of Washington, the defendant violated  21  U. S. C. §  841(a)(1) , an offense described as follows:

did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II controlled substance.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

KATRINA ALCONABA, SPECIAL AGENT ATF
*Printed name and title*

[X] Sworn to telephonically and signed electronically.
[ ] Sworn to before me and signed in my presence.

Date: Jun 14, 2017, 1:37 pm

*Judge's signature*

City and state: Yakima, Washington       MARY K. DIMKE, U.S. Magistrate Judge
*Printed name and title*

AUSA: Hanlon/Yakima County

COMPLAINT ATTACHMENT

In June 2016, your affiant spoke with Confidential Informant 11721 ("CI 11721") who advised that Salvador RUIZ CORTEZ aka "Chava" aka "Morte" was selling methamphetamine. CI 11721 has two prior felony convictions to wit: possession of a controlled substance without a prescription and forgery.

On July 6, 2016, at the direction of law enforcement, CI 11721 placed a recorded phone call to RUIZ CORTEZ. CI 11721 ordered a quantity of methamphetamine. RUIZ CORTEZ agreed to meet CI 11721 in Toppenish, Washington.

Law enforcement officers conducted a search of CI 11721 for contraband and no contraband was found. Law enforcement officers followed CI 11721 to an area near the Post Office Park, in Toppenish, Washington. Law enforcement officers observed RUIZ CORTEZ arrive at the location. Law enforcement officers observed RUIZ CORTEZ meet with CI 11721. RUIZ CORTEZ handed the informant approximately 42.6 gross grams of a substance believed to be methamphetamine in exchange for US Currency. After the purchase, CI 11721 was followed by law enforcement to a predetermined location. CI 11721 provided the substance to law enforcement. A field kit was utilized. The substance tested presumptive positive for methamphetamine. Law enforcement officers conducted a search of CI 11721 for contraband and no contraband was found.

_____
Katrina Alconaba, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives


Subscribed and sworn telephonically on this ____14th____ day of June, 2017

_____
HONORABLE MARY K. DIMKE
United State Magistrate Judge
Eastern District of Washington